UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on May 25, 2021

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| v. | : | **MAGISTRATE NO. 20-MJ-183** |
| | : | |
| **MICHAEL KENNETH MEONI,** | : | **VIOLATIONS:** |
| | : | **18 U.S.C. § 2251(a)** |
| Defendant. | : | **(Sexual Exploitation of a Minor)** |
| | : | **18 U.S.C. §§ 2252(a)(2)** |
| | : | **(Distribution of Child Pornography)** |
| | : | |
| | : | **FOREFEITURE:** |
| | : | **21 U.S.C. § 853(p); 18 U.S.C. § 1594(d);** |
| | : | **18 U.S.C. § 2428; and 18 U.S.C. § 2253(a)** |

## INDICTMENT

The Grand Jury Charges that:

### COUNT ONE

On or about September 18, 2020, in the District of Columbia and elsewhere, the defendant, **MICHAEL KENNETH MEONI**, did knowingly and intentionally employ, use, persuade, induce, entice, and coerce any minor, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, and transmitting a live visual depiction of such conduct knowing and having reason to know that such visual depiction would be transported or transmitted using any means and facility of interstate and foreign commerce, knowing and having reason to know that such visual depiction would be transported in and affecting interstate and foreign commerce; using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer; and the visual depiction

would be transported using any means and facility of interstate and foreign commerce, and the visual depiction was transported in and affecting interstate or foreign commerce.

(**Sexual Exploitation of a Minor**, in violation of Title 18, United States Code, Section 2251(a))

## COUNT TWO

On or about September 18, 2020, in the District of Columbia and elsewhere, the defendant, **MICHAEL KENNETH MEONI**, did knowingly distribute any visual depiction, using any means and facility of interstate and foreign commerce, and that such visual depiction has been shipped and transported in and affecting interstate and foreign commerce, by any means, including by computer, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and such visual depiction is of such conduct.

(**Distribution of Child Pornography**, in violation of Title 18, United States Code, Section 2252(a)(2))

## FORFEITURE ALLEGATIONS

*Criminal Forfeiture* – 18 U.S.C. § 1594(d); 18 U.S.C. § 2428; 18 U.S.C. § 2253(a)*

As a result of the violation of 18 U.S.C. §§ 2251 and 2252(a)(2), as set forth in Counts One and Two of this Indictment, upon conviction the defendant shall forfeit to the United States: (1) any visual depiction described in 18 U.S.C. §§ 2251, 2252(a)(2), or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapters 110 and 117, pursuant to 18 U.S.C. § 2428 and 18 U.S.C. § 2253(a); shall forfeit to the United States of America any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of the offense and any property, real or personal,

constituting or derived from any proceeds obtained, directly or indirectly, as a result of the offense, pursuant to 18 U.S.C. § 2428 and 18 U.S.C. § 2253(a).

Such property includes, but is not limited to, a money judgment equal to an amount as proved in this matter, representing the total value of property subject to forfeiture from the defendant for his violation(s) of and/or 18 U.S.C. §§ 2251(a), and 2252(a)(2) as alleged in this Indictment. If the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred or sold to, or deposited with, a third party;

(3) has been placed beyond the jurisdiction of the Court;

(4) has been substantially diminished in value; or

(5) has been commingled with other property that cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. §§ 2253(a) and 2428, to seek to forfeit any other property of the defendant up to the listed value.

(**Criminal Forfeiture**, pursuant to Title 21, United States Code, Section 853(p) and Title 18, United States Code, Sections 1594(d), 2428, and 2253(a))

A TRUE BILL


FOREPERSON


*Channing D Phillips /ar*

Attorney of the United States
And for the District of Columbia

3