```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF COLUMBIA
```

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL MEONI | Case No. 21-cr-00641 RCL |

### UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING

Comes now the defendant, by and through his attorney, Richard S. Stern, to respectfully move this Court to continue the present scheduled sentencing hearing of September 28, 2022 for thirty (30) days.

### Attempt to obtain consent

Undersigned counsel contacted Janani Iyengar, Esquire, counsel for the government, on her position on this matter and she does not oppose the granting of this motion.

As grounds therefore, we state as follows:

1. The sentencing hearing is set in this matter for September 28, 2022.

2. The government filed its sentencing memorandum on late Friday, September 23, 2022, which contained two attachments amounting to 193 pages of material not previous given to the defense.

3. The defense needs to further review the matter and decide what steps should be taken as a result thereof.

4. We expect that we will need that time to properly respond.

1

5. Undersigned counsel has thoroughly discussed with the defendant his right to demand a speedy sentencing by visiting him on Saturday, September 24, 2022. He understands that he has that right, but wishes to excludes the time from this date until the proposed new date from any speedy sentencing calculations to review discovery and to investigate other matters.

6. The defendant also understands that he will remain incarcerated until the next court date.

WHEREFORE, we pray that this Motion be granted.

Respectfully submitted,

/s/ *Richard S. Stern*
_____
RICHARD S. STERN
932 Hungerford Drive
Suite 37A
Rockville, MD 20850
301-340-8000
rssjrg@rcn.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have electronically served all counsel of record on September 25, 2022.

/s/ *Richard S. Stern*
_____
RICHARD S. STERN